United States District Court
Southern District of Texas
**ENTERED**
November 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARRIS ORNEL JEFFERSON | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CRIMINAL NO: **4:26-cr-736** |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a CRIMINAL INDICTMENT has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on Monday, November 16th at 9:00 AM . Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

Defendant

DARRIS ORNEL JEFFERSON
Houston, TX 77085

☐ Appearance Bond in the Amount of
$

SIGNED at Houston, Texas, on November 10, 2026.

UNITED STATES MAGISTRATE JUDGE