**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v. Case Number: 4:26−cr−00736

Darris Ornel Jefferson

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Darris Ornel Jefferson as set forth below.**

**Before the Honorable Christina A Bryan**

**PLACE:**
Courtroom 701
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 11/25/2026

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Appearance

---

Date: November 16, 2026 Nathan Ochsner, Clerk
by S. Gonzalez , Deputy Clerk